IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT WRIGHT,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

17-cv-799-jdp

CO LANDT and CO BERGER,

    Defendants.

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for plaintiff Robert Wright's failure to state a claim upon which relief may be granted .

| /s/ | 2/27/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |